UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR224-003

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 8 U.S.C. § 1326 |
| | ) Illegal Re-Entry After Removal |
| JOSE IGNACIO RAMIREZ-ESCALANTE | ) |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Illegal Re-Entry After Removal*
18 U.S.C. § 1326

On or about August 9, 2023, in Appling County, in the Southern District of Georgia, the Defendant,

**JOSE IGNACIO RAMIREZ-ESCALANTE,**

an alien, was found in the United States after having been removed therefrom on or about July 6, 2020, at or near Del Rio, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) & (b)(1) & (b)(2).



*{Signatures on the following page}*
A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Bradley R. Thompson
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division